AO 442 (Rev. 01/09) Arrest Warrant

FID 11721268

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 10:00 am, Sep 27, 2024

United States of America
v.
ABOUZAR RAHMATI

*Defendant*

Case: 1:24-cr-00438
Assigned To : Judge Loren L. AliKhan
Assign. Date : 9/26/2024
Description: Indictment (B)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ABOUZAR RAHMATI ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371 - Conspiracy
18 U.S.C. § 951 - Acting as an Unregistered Agent of a Foreign Government

Date: 09/26/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

United States Magistrate Judge Zia M. Faruqui
*Printed name and title*

### Return

This warrant was received on *(date)* 9/27/24 , and the person was arrested on *(date)* 9/27/24
at *(city and state)* Washington, D.C

Date: 9/27/24

*Arresting officer's signature*

Shareef Habb / S.A.
*Printed name and title*